UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

SHANTE ADAMS, individually and on behalf of all others similarly situated,

                Plaintiff,

-v-

FINANCIAL RECOVERY SERVICES, INC.,

                Defendants.

Civil Case Number: 1:21-cv-02522-ARR-PK

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties hereby stipulate to the Plaintiff's voluntary dismissal of all claims against Defendant in the above-captioned matter, with prejudice. A proposed Order of Dismissal with prejudice is annexed hereto as Exhibit A.

All parties shall bear their own attorneys' fees and costs incurred in this action.

Dated:      November 23, 2021

/s/ Yitzchak Zelman
Yitzchak Zelman, Esq.
MARCUS & ZELMAN, LLC
701 Cookman Avenue, Suite 300
Asbury Park, NJ 07712
Tel: (732) 695-3282
Email: yzelman@marcuszelman.com

*Attorneys for Plaintiff*
*Shante Adams*

/s/ Michael Thomas Etmund
Michael Thomas Etmund, Esq.
MOSS & BARNETT
150 South Fifth Street, Suite 1200
Minneapolis, MN 55402
Tel: (612) 877-5309
Email: mike.etmund@lawmoss.com

*Attorneys for Defendant*
*Financial Recovery Services, Inc.*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

SHANTE ADAMS, individually and on behalf of all others similarly situated,

                Plaintiff,

-v-

FINANCIAL RECOVERY SERVICES, INC.,

                Defendants.

Civil Case Number: 1:21-cv-02522-ARR-PK

## DISMISSAL ORDER

**IT IS HEREBY ORDERED:**

THAT pursuant to the parties' November 23, 2021 Stipulation of Dismissal, all claims asserted against Defendant in Civil Action No. **1:21-cv-02522-ARR-PK**, are dismissed with prejudice; and

THAT all parties shall bear their own attorneys' fees and costs incurred in this action.

SO ORDERED THIS __24__ day of __November__ 2021.

/s/(ARR)
_____
HONORABLE ALLYNE R. ROSS
UNITED STATES DISTRICT JUDGE